E. CARLTON FOSTER et al., Appellants, *v.* GEORGE H. R. WHITE, Respondent.

Submitted January 3, 1939; decided January 10, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 38.)